*Ronald B. Reiss, Attorney at Law*

RONALD B. REISS (Cal. Bar No. 167937)
201 Spear Street, Suite 1100
San Francisco, CA  94015
Telephone: (415) 426-3510
reisslawsf@gmail.com

Attorney for Plaintiff
JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>             Plaintiff,<br><br>      vs.<br><br>DANA PLAZA SHOPPING CENTER, ALESCO II LLC, JOHN J. McPHEE, LAURA M. McPHEE, and DOES 1-50, Inclusive.<br><br>             Defendants. | Case No.: C14-02915  DMR<br><u>Civil Rights</u><br><br>**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |

### **<u>STIPULATION</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff JOHN RODGERS ("Plaintiff") and defendants DANA PLAZA SHOPPING CENTER, ALESCO II LLC, JOHN J. McPHEE, and LAURA M. McPHEE ( "Defendants"), by and through their respective attorneys of record, stipulate that:

1.    This case has been settled and all issues and controversies between the parties have been resolved to their mutual satisfaction pursuant to the terms of a Settlement Agreement and General Release ("Settlement Agreement") entered into between the parties;

2.    Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

-1-

3. The parties consent to and request that the Court retain jurisdiction to enforce the Settlement Agreement for a period of 18 months after the date hereof, under the authority of *Kokonen v. Guardian Life Ins. Co.,* 511·U.S. 375, 381-82 (1994); and

4. Outside the terms of the Settlement Agreement, all parties shall bear his, her, or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated:  March 20, 2015          RONALD B. REISS, ATTORNEY AT LAW

By: _____/S/_____
       Ronald B. Reiss
       Attorney for Plaintiff JOHN RODGERS

Dated: March 20, 2015          COOPER, WHITE AND COOPER LLP

By: _____/S/_____
       Scott M. McLeod
       Attorney for Defendants ALESCO II. LLC, JOHN J. McPHEE, and LAURA M. McPHEE

-2-

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR DISMISSAL 4:14-cv-02916- CW**
Dana Stipulated Dismissal 03-20-2015.doc

-3-

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2. By consent of the parties, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the Settlement Agreement for a period of 18 months from the date hereof; and

3. All parties shall bear his, her, or its own costs and fees in the action.

Dated: __March 25__, 2015            _____

                                                HON. DONNA M. RYU
                                                U.S. MAGISTRATE JUDGE